Imran F. Vakil, Esq. (Bar No. 248859)
   ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue, Suite C3
Costa Mesa, CA 92626
Phone:      (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff,*
*Sream, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CENCAL VAPES, INC.; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. 1:18-cv-00840-LJO-SKO<br>Hon. Lawrence J. O'Neill<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF SREAM, INC. AND DEFENDANT CENCAL VAPES, INC.** |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiff Sream, Inc. ("Sream" or "Plaintiff") and Defendant Cencal Vapes, Inc. ("Defendant") (Plaintiff and Defendant are collectively the "Settling Parties") hereby give the Court notice that they have settled the present Action in principal.

On July 13, 2018, the Settling Parties exchanged a final, signed agreement. Pursuant to the expected terms of the settlement, the Settling Parties are required to perform certain acts (the "Settlement Acts"), with the second act expected by August 20, 2018.

Accordingly, pursuant to FRCP 41(a)(1)(A)(i), Plaintiff will submit a voluntary dismissal of the action *without prejudice* upon finalization of the Settlement Acts.

In light of the Settlement, Plaintiff requests that the Court to suspend all pending case management deadlines and all pending motions.  Further, Plaintiff requests relief from Rule 160 which would ordinarily require that a dismissal be filed within 21 days.

Dated:  July 16, 2018               **NEXIO, PC**


                                    By:    /s/ Imran F. Vakil /
                                           Imran F. Vakil,
                                           *Attorneys for Plaintiff, Sream Inc.*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 245 Fischer Avenue, Suite C3, Costa Mesa, CA 92626.

On July 16, 2018, I caused **NOTICE OF SETTLEMENT OF PLAINTIFF SREAM, INC. AND DEFENDANT CENCAL VAPES, INC.** to be served to the address and by the method of service described as follows:

Twifiq Mohamed<br>
Cencal Vapes, Inc.<br>
2650 Marie Court<br>
Madera, CA 93637

[X]   (BY EMAIL)

[ ]   (BY PERSONAL SERVICE) I delivered to [COURIER SERVICE], a courier service authorized to receive documents to be delivered to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]   (BY CM/ECF) On July 16, 2018, I filed the above referenced document(s) via the United States District Court, Eastern District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

[X]   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY OVERNIGHT DELIVERY) I caused said envelope (s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee (s).

Executed on July 16, 2018 at Costa Mesa, California.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

/s/ Imran F. Vakil/
_____
Imran F. Vakil