UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>CENCAL VAPES, INC.,<br><br>               Defendant. | No. 1:18-cv-00840-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

      On August 21, 2018, Plaintiff filed a "Notice / Request for Dismissal of the Action," in which Plaintiff notifies the Court of the dismissal of the entire action without prejudice. (Doc. 7.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **August 22, 2018**                    /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE